**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

*FILED*

*FEB 1 9 2025*

*U.S. DISTRICT COURT
ELKINS WV 26241*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Criminal No.    1:25-CR- 7 |
| v. | |
| | Violations: |
| MACKINZI M. GLOVER, | 18 U.S.C. § 2 |
| ROBERT L. LITTLES, | 18 U.S.C. § 922(a)(6) |
| TRESA EUBANK, and | 18 U.S.C. § 924(a)(2) |
| SCOTT ALLEN PHILLIPS, | 18 U.S.C. § 932(b)(1) |
| | 18 U.S.C. § 932(c)(1) |
| Defendants. | |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Straw Purchase of Firearm)

On or about August 30, 2023, in Harrison County, in the Northern District of West Virginia, defendant **MACKINZI M. GLOVER**, did knowingly purchase a firearm, that is, a Glock, model 36, 45 pistol, serial number TRM247, in and affecting interstate commerce, for, on behalf of, and at the request of ROBERT L. LITTLES, knowing and having reasonable cause to believe that ROBERT L. LITTLES had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## COUNT TWO

(False Statement in Connection with the Acquisition of a Firearm)

On or about August 30, 2023, in Harrison County, in the Northern District of West Virginia, the defendant, **MACKINZI M. GLOVER**, as counseled, commanded, induced, and procured by defendant **ROBERT L. LITTLES**, in connection with the acquisition of a firearm, that is a Glock, model 36, 45 pistol, serial number TRM247, from a licensed dealer of firearms, knowingly made a false written statement that was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of such firearm, that is the defendant, **MACKINZI M. GLOVER**, represented on an ATF Form 4473 (Firearms Transaction Record) that she was the actual transferee/buyer of the firearm, when in truth and in fact, she purchased the firearm at the request of and for **ROBERT L. LITTLES**, in violation of Title 18, United States Code, Sections 2, 922(a)(6) and 924(a)(2).

## COUNT THREE

(Straw Purchase of Firearm)

On or about August 31, 2023, in Harrison County, in the Northern District of West Virginia, defendant **MACKINZI M. GLOVER**, did knowingly purchase a firearm, that is, a Steyr, model L9A2MF, 9mm handgun, serial number 3212423, in and affecting interstate commerce, for, on behalf of, and at the request of ROBERT L. LITTLES, knowing and having reasonable cause to believe that ROBERT L. LITTLES had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## <u>COUNT FOUR</u>

(False Statement in Connection with the Acquisition of a Firearm)

On or about August 31, 2023, in Harrison County, in the Northern District of West Virginia, the defendant, **MACKINZI M. GLOVER**, as counseled, commanded, induced, and procured by defendant **ROBERT L. LITTLES**, in connection with the acquisition of a firearm, that is a Steyr, model L9A2MF, 9mm handgun, serial number 3212423, from a licensed dealer of firearms, knowingly made a false written statement that was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of such firearm, that is the defendant, **MACKINZI M. GLOVER**, represented on an ATF Form 4473 (Firearms Transaction Record) that she was the actual transferee/buyer of the firearm, when in truth and in fact, she purchased the firearm at the request of and for **ROBERT L. LITTLES**, in violation of Title 18, United States Code, Sections 2, 922(a)(6) and 924(a)(2).

## COUNT FIVE

(Straw Purchase of Firearm)

On or about September 29, 2023, in Harrison County, in the Northern District of West Virginia, defendant **MACKINZI M. GLOVER**, did knowingly purchase a firearm, that is, a Glock, model 21, 45 semi, serial number LPR434, in and affecting interstate commerce, for, on behalf of, and at the request of ROBERT L. LITTLES, knowing and having reasonable cause to believe that ROBERT L. LITTLES had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## COUNT SIX

(False Statement in Connection with the Acquisition of a Firearm)

On or about September 29, 2023, in Harrison County, in the Northern District of West Virginia, the defendant, **MACKINZI M. GLOVER**, as counseled, commanded, induced, and procured by defendant **ROBERT L. LITTLES**, in connection with the acquisition of a firearm, that is a Glock, model 21, 45 semi, serial number LPR434, from a licensed dealer of firearms, knowingly made a false written statement that was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of such firearm, that is the defendant, **MACKINZI M. GLOVER**, represented on an ATF Form 4473 (Firearms Transaction Record) that she was the actual transferee/buyer of the firearm, when in truth and in fact, she attempted to purchase the firearm at the request of and for **ROBERT L. LITTLES** in violation of Title 18, United States Code, Sections 2, 922(a)(6) and 924(a)(2).

## COUNT SEVEN

(Straw Purchase of Firearm)

On or about October 20, 2023, through on or about December 6, 2023, in Harrison County, in the Northern District of West Virginia, defendant **MACKINZI M. GLOVER**, did knowingly purchase a firearm, that is, a PTR, model 9KT, 9mm pistol, serial number 9MK007931, and a Zastava, model 2pap92, 7.62  39mm pistol, serial number Z92-107991, in and affecting interstate commerce, for, on behalf of, and at the request of ROBERT L. LITTLES, knowing and having reasonable cause to believe that ROBERT L. LITTLES had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## **COUNT EIGHT**

(False Statement in Connection with the Acquisition of a Firearm)

On or about October 20, 2023, through on or about December 6, 2023, in Harrison County, in the Northern District of West Virginia, the defendant, **MACKINZI M. GLOVER**, as counseled, commanded, induced, and procured by defendant **ROBERT L. LITTLES**, in connection with the acquisition of a firearm, that is a PTR, model 9KT, 9mm pistol, serial number 9MK007931, and a Zastava, model 2pap92, 7.62  39mm pistol, serial number Z92-107991, from a licensed dealer of firearms, knowingly made a false written statement that was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of such firearm, that is the defendant, **MACKINZI M. GLOVER**, represented on an ATF Form 4473 (Firearms Transaction Record) that she was the actual transferee/buyer of the firearm, when in truth and in fact, she purchased the firearm at the request of and for **ROBERT L. LITTLES**, in violation of Title 18, United States Code, Sections 2, 922(a)(6) and 924(a)(2).

## COUNT NINE

(Straw Purchase of Firearm)

On or about October 31, 2023, in Monongalia County, in the Northern District of West Virginia, defendant **TRESA EUBANKS**, did knowingly purchase a firearm, that is, a Taurus, model PT140G2A, 40 caliber pistol, serial number AEH627533, in and affecting interstate commerce, for, on behalf of, and at the request of SCOTT ALLEN PHILLIPS, knowing and having reasonable cause to believe that SCOTT ALLEN PHILLIPS, had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## COUNT TEN

(False Statement in Connection with the Acquisition of a Firearm)

On or about October 31, 2023, in Monongalia County, in the Northern District of West Virginia, the defendant, **TRESA EUBANK**, as counseled, commanded, induced, and procured by defendant **SCOTT ALLEN PHILLIPS**, in connection with the acquisition of a firearm, that is a Taurus, model PT140G2A, 40 caliber pistol, serial number AEH627533, from a licensed dealer of firearms, knowingly made a false written statement that was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of such firearm, that is the defendant, **TRESA EUBANK**, represented on an ATF Form 4473 (Firearms Transaction Record) that she was the actual transferee/buyer of the firearm, when in truth and in fact, she purchased the firearm at the request of and for **SCOTT ALLEN PHILLIPS**, in violation of Title 18, United States Code, Sections 2, 922(a)(6) and 924(a)(2).

## COUNT ELEVEN

(Straw Purchase of Firearm)

On or about December 5, 2023, in Harrison County, in the Northern District of West Virginia, defendant **MACKINZI M. GLOVER**, did knowingly purchase a firearm, that is, a Ruger, model LCP .380 Auto caliber pistol, serial number 372-297557, in and affecting interstate commerce, for, on behalf of, and at the request of ROBERT L. LITTLES, knowing and having reasonable cause to believe that ROBERT L. LITTLES had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## COUNT TWELVE

(False Statement in Connection with the Acquisition of a Firearm)

On or about December 5, 2023, in Harrison County, in the Northern District of West Virginia, the defendant, **MACKINZI M. GLOVER**, as counseled, commanded, induced, and procured by defendant **ROBERT L. LITTLES**, in connection with the acquisition of a firearm, that is a Ruger, model LCP .380 Auto caliber pistol, serial number 372-297557, from a licensed dealer of firearms, knowingly made a false written statement that was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of such firearm, that is the defendant, **MACKINZI M. GLOVER**, represented on an ATF Form 4473 (Firearms Transaction Record) that she was the actual transferee/buyer of the firearm, when in truth and in fact, she purchased the firearm at the request of and for **ROBERT L. LITTLES**, in violation of Title 18, United States Code, Sections 2, 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including: (1) PTR, model 9KT, 9mm pistol, serial number 9MK007931, (2) Zastava, model 2pap92, 7.62  39mm pistol, serial number 292-107991, (3) Taurus, model PT140G2A, .40 caliber pistol, serial number AEH627533, and (4) associated magazines and ammunition.

A true bill,


/s/_____
Foreperson


/s/_____
RANDOLPH J. BERNARD
Acting United States Attorney

Christie S. Utt
Assistant United States Attorney

Morgan McKee
Assistant United States Attorney